UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA GLIKIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR ENERGY ELECTRIC SERVICES, LLC,<br><br>Defendant. | Case No. 7:21-cv-00356<br><br>The Honorable<br>Vincent L. Briccetti |

### DEFENDANT MAJOR ENERGY ELECTRIC SERVICES, LLC'S
### NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Brief in Support dated April 5, 2021, and the accompanying Declaration of Paul Konikowski, dated Apr. 1, 2021 (attached as Exhibit A to the Brief in Support), Defendant Major Energy Electric Services, LLC moves this Court before The Honorable Vincent L. Briccetti, in Courtroom 620 of the United States District Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, for an Order dismissing the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) and/or for such other relief that this Court deems just and proper.

Dated: April 5, 2021
       White Plains, New York

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

By: /s/ *Kelly Robreno Koster*
Kelly Robreno Koster
10 Bank Street, Suite 700
White Plains, NY 10606
(914) 286-2807
kkoster@eckertseamans.com

Kevin P. Allen (*pro hac vice forthcoming*)
Thomas E. Sanchez (*pro hac vice*)

2

600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000
kpallen@eckertseamans.com
tsanchez@eckertseamans.com

*Counsel for Defendant*